# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Suarez-Maya,<br><br>　　　　Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>　　　　Respondents. | No. CV-25-04756-PHX-MTL (CDB)<br><br>**ORDER** |

The Court's December 18, 2025 Order directed Respondents to show cause no later than December 30, 2025 why the Petition in this matter should not be granted. (Doc. 6.) That Order further directed the Clerk of Court to email the Petition and Order to specified representatives of the United States Attorney's Office. (*Id.*) No response to the Order to Show Cause has been filed.

**IT IS THEREFORE ORDERED** that Respondents must respond to the petition no later than **Tuesday January 6, 2025**. If Respondents do not respond by that date, the Court may issue an order to show cause why the Petition should not be summarily granted and sanctions may be imposed for failure to respond to the December 18, 2025 Order.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

Dated this 2nd day of January, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge